IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 20-211-2 |
| : | |
| NICHOLAS LUCIDONIO : | |
| USM # 77808-066 : | |

## AMENDED ORDER

This 16th day of May, 2025, it is hereby **ORDERED** that Defendant's Motion to Postpone Surrender Date, ECF 133, is **GRANTED in part**. Defendant may postpone reporting until May 19, 2025. In all other respects the motion is **DENIED**.[1]

/s/ Gerald Austin McHugh
United States District Judge

---

[1] The Court has received and considered Defendant's reply brief.